UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Mir Nematullah Sadat,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No.  16-cv-2146 |
| **Stuart Allan & Associates,** | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that defendant, Stuart Allan & Associates ("SAA"), through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 *et seq*., hereby removes this action from the Superior Court of the District of Columbia, Small Claims and Conciliation Branch, to the United States District Court for the District of Columbia.  In support of this Notice of Removal, SAA states as follows:

1. On October 12, 2016, plaintiff, Mir Nematullah Sadat (plaintiff), commenced a civil action in the Superior Court of the District of Columbia, Small Claims and Conciliation Branch, entitled and captioned *Mir Nematullah Sadat v. Stuart Allan & Associates,* Case No. 2016SC24466 (hereinafter the "State Court Action").  No further proceedings before the State/DC Superior Court have occurred.

2. In the Complaint, plaintiff alleges statutory causes of action against SAA. A true and correct copy of plaintiff's Summons with Notice is attached hereto as Ex. "A."

1

3. Plaintiff accuses SAA of violating the Fair Credit Reporting Act, 15 U.S.C. ("FCRA") §§ 1681 *et seq*. Plaintiff has also alleged common law causes of action.

4. SAA received plaintiff's Summons with Notice on or about October 20, 2016.

5. This Court has jurisdiction over plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claims are founded on a claim or right arising under the laws of the United States. This Court has supplemental jurisdiction over plaintiff's joined common law claims, pursuant to 28 U.S.C § 1441(c).

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which SAA received plaintiff's Complaint. *See* 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Superior Court of the District of Columbia, Small Claims and Conciliation Branch. *See* Exhibit "B" attached hereto.

8. Written notice of this Notice of Removal of this action is being caused to be served on plaintiff.

WHEREFORE, defendant, Stuart Allan & Associates, gives notice that this action is removed from the Superior Court of the District of Columbia, Small Claims and Conciliation Branch, to the United States District Court for the District of Columbia.

Dated: October 26, 2016

                                          Respectfully Submitted,

                                          /s/   Aaron R. Easley
                                          Aaron R. Easley, Esq.

Sessions, Fishman, Nathan & Israel
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile: (908) 237-1663

*Attorney for Defendant,*
*Stuart Allan & Associates*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2016 a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of Columbia and served upon the following via FedEx:

Mir Nematullah Sadat, Pro Se Plaintiff
19001 Connecticut Avenue NW # 223
Washington, DC 20009
Telephone: (646) 689-4163


/s/  Aaron R. Easley
Aaron R. Easley, Esq.