# EXHIBIT A



**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

10/20/2016

Mac Iago
**Stuart - Lippman and Associates, Inc**
5447 E. 5th Street
#110
Tucson, AZ  85711 USA

> **NOTICE OF CONFIDENTIALITY**
> This notice and the information it contains are
> intended to be a confidential communication only to
> the individual and/or entity to whom it is addressed.
> If you have received this notice in error, immediately
> call our SOP Department at (888) 705-7274.

RE:  **Stuart - Lippman and Associates, Inc**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review.  A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.

## SERVICE INFORMATION

Service Date:       10/20/2016
Service Time:       12:56 PM EDT
Service Method:     Mail (Certified)

## RASI REFERENCE INFORMATION

Service No.:        0058814
RASi Office:        District of Columbia
Rec. Int. Id.:      AXS

## CASE INFORMATION

Case Number:        2016SC24466
File Date:          10/12/2016
Jurisdiction:       DC SUPERIOR COURT, CIVIL DIVISION, SMALL CLAIMS AND CONCILIATION BRANCH
Case Title:         MIR NEMATULLAH SADAT VS. STUART ALLEN & ASSOCIATES

## ANSWER / APPEARANCE INFORMATION

11/10/2016    *(Be sure to review the document(s)
              for any required response dates)*

## AGENCY / PLAINTIFF INFORMATION

Firm/Issuing Agent:   N/A
Attorney/Contact:     MIR NEMATULLAH SADAT
Location:             District of Columbia
Telephone No.:        646-689-4169

## DOCUMENT(S) RECEIVED & ATTACHED

Complaint
Notice: NOTICE
OtherDetail: SMALL CLAIMS INFORMATION SHEET

**ADDITIONAL NOTES**

#1081499
#1081500

#2725111*

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process per your default account instructions.  RASI offers several methods of notification including Telephone Notification, Email Notification, Online Insta-SOP Delivery, and FedEx/US Postal Service Delivery.  If you would like to update your account's default notification methods or view Service of Process information, log into your online account at www.rasi.com.

*Thank you for your continued business!*

**SUPERIOR COURT**
**OF THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

OFFICIAL BUSINESS
PENALTY FOR MISUSE

**CERTIFIED MAIL®**



7015 0640 0007 8400 5409

U.S POSTAGE >> PITNEY BOWES

ZIP 20001 $ 006.46⁵
02 1W
0001402440 OCT 18 2016

STUART ALLAN & ASSOCIATES
C/O Registered Agent Solutions
1090 Vermont Avenue NW, Suite 910
WASHINGTON, DC  20005
2016 SC2 004466  November 10, 2016

2000534963  CO30

3 FRS. UNV

Small Claims Form 11

# Superior Court of the District of Columbia
## CIVIL DIVISION
SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM –120
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

FILED

OCT 12 2016

Clerk
Superior Court
of the District of Columbia
Small Claims Branch

Mir Nematullah Sadat
Plaintiff(s)

(1) Stuart Allan & LA Associates
Defendant(s)

1901 Connecticut Avenue NW #223
vs.

(2) _____

Washington, DC 20009
Address            Zip Code

(3) _____

Phone No. 646-689-4169    No. SC 2016 SC2 4466    Date of Incident: January 1, 2016 to October 12, 2016

STATEMENT OF CLAIM    Amount of Claim: $2000.00

Place of Incident: Online credit file

I am contesting statutory damages for violations of the DC
equivalent of the federal Fair Credit Reporting Act. The
defendant has inaccurately reportedly false information on my credit
file. I am seeking monetary compensation.

DISTRICT OF COLUMBIA, ss:   Mir Nematullah Sadat   being first duly sworn on oath says
the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of
defense.

Mir Nematullah Sadat   Mir Nematullah Sadat   1901 Connecticut Avenue NW #22
Plaintiff/Agent (Sign and Print Name)            Address

Washington, DC 20009-9992
City/State/Zip Code

Title: _____

Phone No.: _____

Subscribed and sworn to before me this   12   day of   October   20   16
(month and year)

Carolyn Charles
Deputy Clerk (Notary public)

_____
Attorney for Plaintiff (Sign and Print Name)

_____
Address            Zip Code
Bar No.: _____   Phone No.: _____

## NOTICE (All parties must notify the court of any address changes.)

To:
(1) Stuart Allan & Associates (2)
c/o Registered Agent Solutions   Defendant
1090 Vermont Avenue NW Suite 910
Washington, DC 20005
Address            Zip Code

Defendant

Address            Zip Code

☐ Home   ☐ Business    ☐ Home   ☐ Business

You are hereby notified that   Mir Nematullah Sadat

has made a claim and is requesting judgment

against you in the sum of   two thousand   dollars ($ 2000.00 ),

as shown by the foregoing statement. The court will hold a hearing upon this claim on   NOV 1 0 2016

at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS  BRING THIS NOTICE WITH YOU AT ALL TIMES

Deputy Clerk
Small Claims and Conciliation Branch

CV-471/AUG. 12

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students in Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARTO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.**



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
## SMALL CLAIMS AND CONCILIATION BRANCH
## INFORMATION SHEET

Plaintiff: _Mir Nematullah Sadat_          Case No: _2016 SC2 4466_

vs

Defendant: _Stuart Allan & Associates_          Date: _October 12, 2016_

Name: (please print)   _Mir Nematullah Sadat_

Relationship to Lawsuit

☐ Attorney for Plaintiff

Firm Name, if applicable

Telephone No: _646-689-4169_          6 Digit Unified Bar No. ☐ Other:          ☒ Self (Pro Se)

Do you need an interpreter for your case? ☐ Yes   ☒ No   If yes, what type:

AMOUNT IN CONTROVERSY:   ☐ $1 -$500   ☒ $500.01 - $2,500   ☐ $2,500.01 - $5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:

Case No: _____          Case No: _____

NATURE OF SUIT: (Check Appropriate Box(s))

| A. CONTRACTS -- a claim based on an agreement between parties made either orally or in writing | | |
|---|---|---|
| ☐ Debt Suit | ☐ Breach of Warranty | ☐ Negotiable Instrument |
| ☐ Personal Property | ☐ Loan | ☐ Rent Due |
| ☐ Unpaid Wages | ☐ Services Rendered | ☐ Security Deposit |
| ☒ Breach of Contract | ☐ Home Improvement Contract | ☐ Oral |

| B. PROPERTY TORTS -- a claim for an injury or wrong committed on the property of another | | |
|---|---|---|
| ☐ Automobile | ☐ Conversion | ☐ Shop Lifting |
| ☐ Property Damage | ☐ Destruction of Property | ☐ Trespass |

| C. PERSONAL TORT -- a claim for an injury or wrong committed on the person of another | | |
|---|---|---|
| ☐ Assault and Battery | ☐ False Witness | ☐ Libel and Slander |
| ☐ Automobile | ☐ Personal Injury | ☐ Negligence |
| ☐ Harassment | ☐ Fraudulent Misrepresentation | ☐ Slip and Fall |

D. ☐ UNIFORM ARBITRATION ACT -- an action based on an arbitration agreement

G. ☐ SUBROGATION -- a claim filed by one person in the place of another

E. ☐ FOREIGN JUDGMENT -- a judgment, decree or order filed from another jurisdiction

H. ☐ COLLECTION - a claim filed by a seller or lender to collect a consumer debt

F. ☐ MEDICAL MALPRACTICE -- a claim against a healthcare provider for professional misconduct

Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes   ☒ No

CV-3046/Rev. Feb. 08



**Stuart Allan & Associates, Inc.**

*2725111*

Apartment Collection Placement Form

| Company/ Client Code: 6167, SH23, RT103V | Date: |
|---|---|
| Client: Las Brisas- TR&T | January 10, 2011 |

| Occupants Name/Names: | Mii Nematullah Sadat |
|---|---|
| Rental Address: | 2200 Las Brisas Way, #631<br>Sierra Vista AZ 85635 |
| Forwarding Address: | P.O. Box 250991<br>NY, NY 10025 |

| Move In Date: | / / |
|---|---|
| Date Notice Given: | / / |
| Move Out Date: | / / |
| Lease Exp. Date: | / / |
| Rent Paid Through: | / / |
| Date Re-rented: | / / |

### List Charges

| | | |
|---|---|---|
| Rent Due From: | Concessions N/A due to early Term    / to / | 652.09<br>$ |
| Cleaning: | | $ 83.00 |
| Damages: | Lease Term fees | $ 1160.00 |
| Legal Fees: | H2O Bill (final) | $ 39.36 |
| Minus Security Deposit: | | $ +100.00 |
| Amount Due: | | $ 1834.45 |

***Please include the Tenant Application, Lease Agreement, Judgment And Writ, Move In/Out Report***

Comments:

Catherine Brooks

Thank You,
Stuart Allan & Associate

From Apt
431

Dear Cheryl + Jon,

I am unfortunately moving back to New York since I was fired from my Teaching position last Friday. I tried to come-in on Sat. but sign saying, "office closed due to illness!"

I have vacated the apartment and returning all the keys Please contact me so we can bring closure to my lease. I am sorry for any inconvenience this may have caused. I am driving back to New York.

Thank you for your understanding

Warm Regards,
858-442-7393  Nemat Sadat

**Move Out Statement**

Date: 4/12/2010

| | | | | | |
|---|---|---|---|---|---|
| Code | t0008092 | Property | lclasbr | Lease From | 12/22/2009 |
| Name | Nemat Sadat | Unit | 631 | Lease To | 12/31/2010 |
| Address | P.O. Box 250 791 | Status | Past | Move In | 12/22/2009 |
| | | Rent | 560.00 | Move Out | 03/12/2010 |
| City | NY, NY 10025 | | | Notice | 03/01/2010 |
| Telephone | (O)-(520) 458-4321  (H)-(858) 442-7393 | | | | |

| Date | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|
| | Balance as of 03/01/2010 | | | 0.00 | |
| 03/01/2010 | Rent (03/2010) | 560.00 | | 560.00 | 594295 |
| 03/01/2010 | :Tax Rent (03/2010) | 5.60 | | 565.60 | 594296 |
| 03/12/2010 | :Security Deposit credit | (100.00) | | 465.60 | 596572 |
| 03/12/2010 | :Tax Rent (03/2010) Credit 19 days | (3.43) | | 462.17 | 596573 |
| 03/12/2010 | Rent (03/2010) Credit 19 days | (343.23) | | 118.94 | 596574 |
| 03/12/2010 | Cleaning Charge | 83.00 | | 201.94 | 596575 |
| 03/12/2010 | Rent Concession - N/A; early lease term. | 652.09 | | 854.03 | 596576 |
| 03/12/2010 | Early Lease Termination Fee | 1,160.00 | | 2,014.03 | 596577 |
| 03/12/2010 | Water - Final Bill | 39.36 | | 2,053.39 | 596578 |
| 03/12/2010 | Rent - Not here for March, 2010 | (218.94) | | 1,834.45 | 596579 |

April 12, 2010



Dear Nemat:

After our conversation, I reviewed your Move-out Statement for accuracy and I have come to the conclusion that the charges owed should remain as is and are in compliance with the lease terms.

If you look at lines 5, 6 and 11, you'll note that when these lines are added together they offset lines 2 and 3, wiping out any rent and tax charges for March. Line 7 represents the cleaning that we discussed, line 10 is your final water bill, and line 9 is the lease termination fee because of the time left on your lease at move-out.

Line 8 reflects the concessions received which according to the lease agreement, are due in full because of your early move-out. These monies include the money off the Administrative Fee, the free month of rent plus the applicable 1% tax, the difference in the amount of rent and tax paid at move-in time (due to your choice of lease length), and for February's rent and tax. At this time, the concessions due are in error by $16.95, which we have not added to the total due.

Nemat, please feel free to call me with any questions.

Sincerely,

Janice Dale
Property Manager
Las Brisas Apartments

# LAS BRISAS APARTMENTS
## RENTAL AGREEMENT

Tucson Realty & Trust Co. Management Services, L.L.C., as Manager and Agent (hereinafter called "Management" for the Owner, rents to Resident(s) jointly and severally, Apartment #_____ of Las Brisas Apartments, 2200 Las Brisas Way, Sierra Vista, Arizona 85635, to be used solely for the purpose of a personal residence by (name of each occupant) _____

(1) Mir Nematullah Sadat          SSN# 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          (2) N/A (occupant)          SSN# N/A (occupant)
(3) N/A (occupant)                SSN# N/A (occupant)        (4) N/A (occupant)          SSN# N/A (occupant)
(5) N/A (occupant)                SSN# N/A (occupant)

for a term of 13 month(s) 10 day(s) beginning December 22, 2009 and ending January 31, 2011 an unfurnished apartment and Resident(s) shall pay rent, tax, charges and deposits as set forth below. Occupancy is limited to those persons named above.

| MONTHLY RENTAL CHARGES: | | OTHER CHARGES AND DEPOSIT (S) | |
|---|---|---|---|
| Rent | $580.00 | Security Deposit $100.00 | |
| Pet Rent | $ N/A | Pet Deposit $ N/A    (does not apply to assistive animals) | |
| Parking Rent | N/A | NONREFUNDABLE Administration Charge $100.00 | |
| | | NONREFUNDABLE Application Charge $30.00 | |
| Other    Cable | $N/A | NONREFUNDABLE Pet Cleaning/Sanitizing Charge $ N/A (Does not apply to assistive animals) | |
| Subtotal $580.00 | | | |
| City Sales Tax 1% = $5.80 (Applicable rate subject to change during lease term) | | UTILITIES    Trash, Pest Control and Expanded Basic Cable | |
| | | Paid By Resident: Sewer, Water, and Electric | |
| | | Other   N/A          Paid by: | |
| TOTAL MONTHLY RENT    $585.80 | | Other   N/A          Paid by: | |

OTHER TERMS AND CONDITIONS: **Minimum 30-day written notice required to move out**. See all Tucson Realty & Trust Co. Management Services, L.L.C. addendums. RENT PAYMENT: The rent shall be $585.80 per month payable in advance on or before the 1st day of each month at the on-site managers office or at the location designated by Management, which is payable with a personal check, cashiers check, certified check or money order in the exact amount due. No second party checks will be accepted. Resident will pay as additional rent no later than the next rental payment date: (1) $50.00 late charge incurred on the 3rd if rent has not been paid, $5.00 daily late charge thereafter; (2) $50.00 for each non-sufficient fund check returned by the Resident's bank and thereafter all future rent and charges shall be paid only in the form of cashiers check or money order; (3) A fee of $25.00 will be assessed to any legal documents being served; (4) the cost of repairs caused by damages due to acts of neglect by Resident's guests; and (5) $100.00 assessment for bringing an unauthorized pet on the property. Resident's failure to pay any rent or other charge due may provide basis for termination of this Rental Agreement at the option of Management. Resident further agrees that Management has the exclusive right to determine how Resident's payments are applied towards the various monetary obligations of this Rental Agreement (i.e. rent, unpaid deposits, charges and/or pet permit violations). Resident agrees to pay all finance charges, collection fees, attorney fees, and any other costs that may be incurred to enforce the collection of any amount outstanding.

UTILITY COSTS/SALES TAX ADJUSTMENT DURING LEASE TERM: Management shall have the right, upon 30 days written notice to Resident, to increase the total rent due by an amount reasonably related to any increase in the cost of utilities and/or any increase in City sales tax.

MOVE-OUT CHARGES: Resident may be present for move-out inspection upon request to management. Resident agrees that move-out charges will be determined as follows:

| | | | | |
|---|---|---|---|---|
| Clean range and oven (exterior and burner area)------ $20.00 | Remove trash------------ $10.00/bag Remove bulk items -------- $10.00/item | Empty refrigerator ------------ $20.00 Clean refrigerator ------------ $20.00 | Clean microwave, washer/dryer, fireplace------------------ $5.00 | |
| Clean oven interior----------- $20.00 | Clean tub | Defrost refrigerator------------ $15.00 | Empty cabinets | |
| including shelves------------ $15.00 | and shower enclosure---------- $20.00 | Clean tile floors-------------- $5.00 | and drawers--------- $5.00/opening | |
| Clean broil pan-------------- $15.00 | Clean sink | Clean toilet------------ $15.00/toilet | Clean cabinets | |
| Carpet Shampoo---------- Actual Cost | (kitchen or bath) ---------- $15.00/sink | Clean storage area------------- $5.00 | and drawers--------- $5.00/opening | |

Additional charges will be made for damages beyond normal wear, missing items and/or excessive cleaning requirements.

PARKING POLICIES: Resident agrees that only these vehicles (including trailers and boats) identified below may park on the property without separate written consent from Management.

| MAKE/MODEL | TYPE | YEAR | LICENSE NO. | STATE | SPACE # |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Management may assign parking spaces or areas for residents and guests. Management may also designate: (1) Parking areas; (2) Whether trailers, boats, or campers may park and where inoperable, abandoned, or unauthorized vehicles will be towed at the owner's expense after a 24 hour notice is posted on the vehicle. The 24 hour notice does not apply to vehicles that are parked in a space assigned to another resident, parked in a marked tow-away or parked to impede traffic or trash collection easements. Vehicles parked in this manner will be towed away immediately without warning at owner's expense. If Management pays Resident's towing expense, such expense shall be deemed as additional rent owed and be immediately due and payable. Guests must only be parked in parking lots, never on sidewalks, in landscape areas, or apartments and must not damage asphalt, etc. Vehicles parked on the property must park "head in" only and show current registration.

DISCLOSURE: Tucson Realty & Trust Co. Management Services, L.L.C. is Management or Owner under the lease and service or process can be made through its statutory agent. All other notices must be in writing and delivered to the Manager's Office during regular business hours or sent by registered or certified mail to the Manager's Office during regular business hours, except as may be provided by Addendum to this lease. (Be advised that Management and Management's employees are agents of and represent the Owner.)

AGREEMENT AND ACCEPTANCE: Resident agrees (1) to live within the spirit and letter of this entire agreement including the Rental Application, the Apartment Inventory and Pet Agreement (if applicable), all of which are attached; (2) that each obligation of this Agreement is material and a violation of any obligation entitles Management to terminate this agreement and/or exercise any other legal rights it may possess; (3) that the Resident designated below as "Agent" shall deliver the total rent due each month to Management, occupy the assigned parking space (if applicable) and receive any security refund (if applicable); (4) and upon written notice from Management, this Agreement will convert to a month to month tenancy if false and/or misleading information is contained in the Rental Application.

Resident/Agent _____          By _____
Resident _____          Its    ON-SITE COMMUNITY MANAGER
Resident _____          Date _____          Date _____

**ACCESS:** Except in case of emergency or if it is imp___ ___ to give notice, Management will not enter Resident's ___ ___nent without prior notice. Resident further agrees that this notification to Management of a service or ma___ ___ance request grants Management authority to enter the apa___ent at all reasonable times for the purpose of that request, and Management must have advanced written permission from Resident to open Resident's apartment for others (i.e. delivery personnel, service personnel, friends, etc.) Resident is aware that under these circumstances Management is not responsible for lost or stolen articles, damage or doors left unlocked.

**FAIR HOUSING ACCOMMODATIONS:** This Community is dedicated to honoring Federal and Arizona Fair Housing laws. Accommodations will be made/allowed as reasonably necessary to the policies and regulations of the community in order to enable Residents with disabilities to utilize the rental premises. The Community reserves the right to require reasonable medical evidence of the disability and that the requested accommodation is necessary. The Resident may be required to restore the premises to its prior condition if failure to make restoration would interfere with the Owner's or next resident's use and enjoyment of the premises.

**RESIDENT POLICIES:** (A) Resident shall not decorate or alter the apartment, patio or balcony area, change door locks, add a new lock, have waterbed, sublet or park a motorized vehicle in the apartment, without written permission from Management. (B) Resident further agrees to comply with state statutes and city ordinances that are applicable to the premises. (C) Resident shall show due consideration for his neighbors and not interfere with other Resident's quiet enjoyment, and Management shall be sole judge of acceptable conduct. (D) Resident has carefully inspected the premises and finds them to be in a clean, rentable, undamaged condition except as may be noted otherwise in the Apartment inventory. Resident agrees to exercise reasonable care in the use of the premises and maintain and redeliver the same in a clean, safe and undamaged condition. (E) Resident is responsible for the conduct of all occupants, guests, or visitors.

**ABANDONMENT:** Abandonment means either: (1) The Resident's absence from the premises for at least seven (7) consecutive days, rent being at least ten (10) days past due; and the lack of any reasonable evidence that Resident is occupying the premises; or (2) Resident's absence from the premises for at least five (5) days, rent being at least five (5) days past due, and the absence of the Resident's personal property from the dwelling unit. Such abandonment shall not constitute "surrender" without the consent of Management and in the event of abandonment, Management shall be entitled to all remedies of law or in equity, which provides that if personal property is abandoned by the Resident and determined by Management to be of less value than the cost of moving, storing and conducting a sale of such personal property, Management may destroy or otherwise dispose of any or all of the abandoned property.

**COMMUNITY POLICIES:** The community policies are for the mutual benefit of all Residents and are deemed a part hereof of this Rental Agreement and violations or breaches of any community policy shall constitute a default under the Rental Agreement. Notice of modifications to community policies will be given to Residents at least ten days prior to their effective date.

**OPTION TO RENEW/RENT INCREASE:** At expiration of this lease, this lease will automatically renew on a month-to-month basis under the same terms and conditions unless Resident gives Management a 30 day prior written notice of Resident's intent to vacate by delivering to Management a vacate notice, or unless Management, at its sole option, chooses not to renew this lease, and in such cases, Resident agrees to vacate on the expiration date of lease. The rent may increase upon the expiration date if a 30 day prior written notice of such an increase is provided to Resident. A specific length lease of greater than one month but no longer than one year may be required for continued occupancy.

**INDEMNIFICATION:** Management shall not be liable for any damage or injury to the Resident(s) or any other person, or to any property, occurring on the premises, or any part thereof, or in the common areas thereof, unless such damage or injury is the result of negligence or unlawful acts of Management, its agents or employees. Management is only liable for those claims for damages and injuries for which it is legally responsible. Resident shall be responsible for obtaining fire, extended coverage, and liability insurance with respect to the contents of the apartment. Resident understands that Management's insurance does not cover Resident's belongings from losses not caused by Managements negligence and Management encourages Resident to obtain an all-risk policy in addition to marking all valuables for "Operation Identification."

**WAIVER:** Failure of Management to insist upon strict compliance with the terms of this Rental Agreement shall not constitute a waiver of Managements right to act on any violation.

**ATTORNEY'S FEES:** In the event of legal action to enforce compliance with this Rental Agreement, the prevailing party may be awarded court costs and reasonable attorney's fees.

**SEVERABILITY:** If any provision of this Rental Agreement is invalid under applicable law, such provisions shall be ineffective to the extent of such invalidity only, without invalidating the remainder of this Rental Agreement.

**REMEDIES CUMULATIVE:** All remedies under this Rental Agreement or by law or equity shall be cumulative.

**SECURITY:** Resident hereby agrees and acknowledges that Management and Owner shall not provide and shall have no duty to provide any security services to Resident or the community. Resident shall look solely to the public police force for security protection and Resident agrees and acknowledges that protection against criminal action is not within the power of Management and Owner, and, even if from time to time Management provides security services, those services cannot be relied upon by Resident and shall not constitute a waiver of, or in any manner modify that above agreement. Management and Owner shall not be liable for failure to provide adequate security services or for criminal or wrongful actions by others against Resident, Resident's relatives or Resident's guests.

**TRANSFERS:** Military personnel on active duty may terminate the Rental Agreement upon receipt of orders transferring to another base, releasing from active duty, or ordering occupancy of government quarters. Resident agrees to give 30 days written notice and rent will be prorated from the notice date to move-out date. Assignment instructions for the voluntary occupancy of government quarters are not sufficient for termination of the Apartment Rental Agreement.

**FURNITURE EXCHANGE AND REMOVAL POLICIES:** It is Managements policy not to exchange or remove furniture from a furnished apartment. If as a result of Resident's request, Management makes an exception, Resident agrees that the monthly rent will not be reduced as long as any of Management's furniture remains in Residents apartment.

**MOVE OUT CHARGES:**

A. **RENT:** Resident must deliver a signed 'VACATE NOTICE' at least thirty (30) days prior to move out. Resident must fulfill the agreed upon terms of the Rental Agreement. The Thirty-Day Notice must be delivered to Management at least thirty (30) days prior to the lease agreement's expiration. For rental agreements which are month-to-month, Resident agrees to provide a Thirty-Day Notice to vacate thirty (30) days prior to the periodic rental due date.

B. **INADEQUATE CLEANING:** If Resident does not complete the cleaning requirements as listed, Resident will be charged the amounts listed in this agreement.

C. **ADMINISTRATIVE CHARGES:** I agree to pay a lease termination fee equal to 1 months' rent with 1-5 months remaining on the current lease term or a lease termination fee equal to 2 months rent with 6 or more months remaining on the current lease term to defray Management's administrative and marketing costs if Resident does either of the following: (1) fails to fulfill the agreed upon term of the Apartment Rental Agreement or, (2) fails to deliver a written "VACATE NOTICE" to Management at least 30 days prior to move out.

D. **PROPERTY DAMAGE:** Resident agrees that if apartment is not returned in the same condition as Resident received it (as shown on APARTMENT INVENTORY), less fair wear and tear as determined by Management, Resident will be charged Management's cost to repair. Personal property remaining after move out will be disposed of without accountability.

E. **OTHER:** Resident agrees to pay any unpaid preparation fee, pet cleaning/sanitizing fee, late charges, NSF check charges, lost key charges, or other unpaid charges at time of move out.

OWNER AGREES TO RETURN ALL REFUNDABLE DEPOSITS IN ACCORDANCE WITH A.R.S. SECTION 33-1321.

**GENERAL PROVISIONS:** No oral promises, representation or agreements have been made by Owner or Management. This lease is the entire agreement between the parties and Management (including employees, leasing personnel and other personnel) have no authority to waive, amend or terminate this lease or any part of it and no authority to make promises, representation or agreements which impose duties of security or other obligations on Owner or Management unless done in writing. A copy of the Arizona Residential Landlord and Tenant Act may be obtained from the Arizona Secretary of State's office.

ADDENDUM TO APARTMENT RENTAL AGREEMENT

For the first term of 13 month(s) 10 day(s) of this agreement, Management agrees to reduce the basic monthly rent by $20.20 per month with the understanding that in the event the Resident does not fully perform under the terms and conditions of this lease, Resident agrees to return to Management any rent incentives herein accepted by Resident or reimburse Management for the full market value of said incentives.

In the event that you desire a final signed copy of your lease, please come to the leasing office, to request such, in five (5) days. ___

Initial

| PROPERTY NO | 2454 | | |
|---|---|---|---|
| CUSTOMER ACCOUNT | 860944535-001 | | |
| CUSTOMER NAME | Mir Nematullah Sadat | | |
| SERVICE ADDRESS | 2200 LAS BRISAS WAY APT #631 | | |
| BILLING PERIOD | 2/10/2010-3/1/2010 | BILL DAYS | 20 |
| BILLING DATE | 3/10/2010 | | |

# NWP Services Corporation

# FINAL BILL

| SERVICE TYPE | DESCRIPTION | AMOUNT |
|---|---|---|
| Allocated Water Service | | $5.60 |
| Sewer Base Fee | | $7.50 |
| Service Fee | | $3.01 |

| PREVIOUS BILL | PAYMENTS | CREDITS | CURRENT CHARGES | LATE FEE | NET AMOUNT DUE |
|---|---|---|---|---|---|
| $23.25 | ($.00) | $0.00 | $16.11 | $0.00 | $39.36 |

| | |
|---|---|
| The Resident Utility Charge Per Day = $0.66 | THIS BILL IS DUE AND PAYABLE UPON RECEIPT<br>Please make payments at the Property Office prior to move-out.<br><br>Any check received by NWP after the bill date on this final bill will be destroyed and will not be processed.<br>Please remember to cancel any autopay services with your bank to ensure that you do not inadvertently make a payment on your closed account.<br><br>**DO NOT SEND PAYMENT TO NWP** |

## BILLING INFORMATION

The bill you have received is from NWP Services Corporation, a provider of billing services, and is not from the retail public utility.  You are responsible for the payment of the net amount due.  Your bill shows the beginning and ending dates for each billing period and the amount of the bill.

If you have questions regarding your final bill, please contact the property office.  If you have any questions regarding prior billing information, please contact our Customer Service Department.

Your account has been closed.   Please make your final payment to the property office prior to moving out.

**E-mail Inquiries:**  customerservice@nwpsc.com
Be sure to include your name and account number in your e-mail.

**Written Inquiries to:**
NWP Services Corporation
ATTN: Customer Service
P.O. Box 19661
Irvine, CA 92623-9661

For Service, Conservation, Billing, and Other Information,
Please Call Toll Free: (800) 845-6767
HOURS: 6:00 AM - 6:00 PM PST Mon - Fri
24 Hour Access to Billing and Payment Information

Web Site: www.nwpsc.com

# Water and Sewer Billing Addendum

A bill for water and wastewater will be issued monthly to you. Based on the design of the water supply system at this community, your water and wastewater are calculated as follows:

1. The water and sewer charges for the property will first be reduced by the amount of water and sewer charges for the landscape irrigation system (20%) and will be paid by the owner. The remaining monthly water and sewer costs will be allocated to each apartment based:

   50% of your bill will be based on your apartment's percentage share of the total square fee in the entire community and 50% will be based on the number of occupants residing in your apartment as compared to the total number of occupants living in the entire apartment community.

   Owner reserves the right to make a reasonable adjustment for water and sewer costs based on apartment homes with washer and dryer connections. Such adjustments will be made only after 30-day prior written notice is provided to resident, subject to state and local regulatory laws.

2. **The provisions of this addendum are effective upon:**

   ☐ The receipt of a 30-day written notice

   ☑ Beginning of lease term

3. **Timely payment** – Your water and sewer bill is due for payment within twenty-one days after issue. If you do not pay your bill by the due date, you will be liable for a late payment fee of $5.00. Returned checks will be assessed a $25.00 non-sufficient fund fee. Other fees included are a one time $10.00 account set up fee and a $3.00 monthly billing fee. Payment of your utility bill should be sent to:

   **NWP Services Corporation**
   **P.O. Box 553178**
   **Detroit, MI 48255-3178**

4. **Application of Payments** – Unless otherwise specified and notwithstanding any other provisions in your lease agreement, you agree that all payments made by you or on your behalf shall be designated to be applied first to utilities and then to rent.

I have read, understand and agree to comply with the preceding provisions.

| | |
|---|---|
| _Resident Signature_ | _Resident Signature_ |
| 631 ns | 12/22/2009 |
| _Apt. #_ | _Date Signed_ |
| _Owners Representative Signature_ | January 4, 2010 |
| | _Date Signed_ |

**Tucson Realty & Trust Co.**
**Management Services, ..L.C.**

**RENTAL APPLICATION**

A $ ____ non-refundable application fee and a picture I.D. must accompany this application.

Today's Date: 12/21/2009

Current Contact Phone Number: (858) 442 - 7393 (Cell/home/work, please indicate)

Applicant's Name: Mir Nematullah Sadat DOB: 01/08/1978 S.S. #: 590265473

Spouse's Name: N/A DOB: ____ S.S. #: ____

Applicant's Drivers License #: B7728020 State: CA Spouse's Drivers License #: ____ State: ____

**ALL OTHER OCCUPANTS / OR CO-APPLICANTS:**

Name: None DOB: ____ Relationship: ____

Name: ____ DOB: ____ Relationship: ____

Name: ____ DOB: ____ Relationship: ____

**APPLICANT'S RESIDENCY HISTORY:**

Present Address: 11438 Elmstone Court City: San Diego State: CA Zip Code: 92131

Telephone #: (858) 442 -7393 Rent or Own How Long: Live w/ parents Apartment No.: —

Reason for Leaving: moved for grad school/job relocation Monthly Payment $ -0-

Landlord's Name: Misha + Vincent Jung Landlord's Telephone #: (____)

Previous Address: 35 Magnus Avenue City: Somerville State: MA Zip Code: 02143

Telephone #: (858) 442 -7393 Rent or Own How Long: Rent/1yr Apartment No.: ____

Reason for Leaving: moved to New York Monthly Payment: $ 700 per month

Landlord's Name: Misha + Vincent Jung Landlord's Telephone #: (____)

**SPOUSE'S RESIDENCY HISTORY (only if joint residency for less than two years):**

Previous Address: ____ State: ____ Zip Code: ____

Telephone #: (____) N/A - Rent or Own How Long: ____ Apartment No.: ____

Reason for Leaving: ____ Monthly Payment : $ ____

Landlord's Name: ____ Landlord's Telephone #: (____)

**APPLICANTS EMPLOYMENT:**

Present Employers Name: Intelligence, Communication, and Engineering Date of Hire: ____

Employer's Address: 500 E. Fry Blvd. suite M14 City: Sierra Vista State: AZ Zip Code: 85635

Employer's Telephone #: (520) 458 - 4321 Position: Instructor Family Income: $ 5,900 per month

Previous Employer's Name: United States Nations Chronicle Employment Dates: 06/09 - 09/09

Employer's Address: New York City: New York State: NY Zip Code: 10017

Employer's Telephone #: (212) 963 - 8474 Position: Editorial Intern Income: $ Unpaid per ____

**SPOUSE'S EMPLOYMENT:**

Present Employer's Name: ____ Date of Hire: ____

Employer's Address: N/A City: ____ State: ____ Zip Code: ____

Employer's Telephone #: (____) Position: ____

Supervisor's Name: ____ Income: $ ____ per ____

Previous Employer's Name: ____ Employment Dates: ____

Employer's Address: ____ City: ____ State: ____ Zip Code: ____

Employer's Telephone #: (____) Position: ____

Supervisor's Name: ____ Income: $ ____ per ____

Do you have any pets or assistive animals? YES____ NO _X_ If yes, please specify type/breed/quantity: ____

**Please note: The following breeds, or any mix there of, are not allowed:** Pit Bulls, Rottweilers, Boxers, Akitas, Chows, Dobermans, German Shepherds, Wolf, or American Staffordshire Terriers. Pet interview required.

# of Vehicles: ____ Year, Make, Model and Color ____

License Plate Numbers: 1. ____ State: ____ 2. ____ State: ____

Emergency Contact: Wajiha + Mir E. Sadat Relationship: parents Phone: (858 442 -7762

Address: 11438 Elmstone Court San Diego CA 92131    858-536-9212

**Have you, or ANY member of your household (regardless of age) EVER:**

| | Yes | No |
|---|---|---|
| Been arrested, cited, prosecuted, plead guilty to, or been convicted of a felony? | ☐ | ☒ |
| Been placed on probation, parole, or any other release from jail, or prison? | ☐ | ☒ |
| Been in a gang, or are you currently a member of a gang? | ☐ | ☒ |

Filed bankruptcy, broken a rental agreemen    en evicted or sued for nonpayment?    Ye☐ No☒
Been sued for damages to a rental property:                                      Yes☐ No☒
Use or engage in the distribution or sale of illegal drugs?                      Yes☐ No☒
Had a warrant, or have a current warrant for you or any other household members arrest? Yes☐ No☒
Please explain all "YES" answers in detail. (What happened, when, where and the results.)  .

_Filed for bankruptcy in 2001 after self-owned business failed and_
_business debt accumulated_

Person(s) to notify and person you authorize to take possession of your personal property in case of Emergency.

Name _Wajima + Mir Enayatullah Sadat_    Name _Mir Hekmetullah Sadat_
Address _11438 Elmstone Court_           Address _4720 Rosedale Ave Apt. 405_
City/State _San Diego, CA_ Zip _92131_   City/State _Bethesda_ Zip _20814_
Phone Number _858-536-9212_ Home/Work/Cell   Phone Number _868-442-9212_ Home/Work/Cell

Applicant understands that the submittal of this application to Tucson Realty & Trust Co. Management Services, L.L.C. as agents for the Landlord does NOT imply that a formal rental commitment has been created. Only the approval of the application AND the acceptance of a holding deposit AND the execution of a lease agreement constitutes a formal commitment to lease the subject property to the applicant(s). If the Landlord through its agent accepts a holding deposit for the subject property, and removes it from the list of properties available for rent, the following shall apply:

## DEPOSIT TO HOLD AGREEMENT

- If the application is approved and a lease agreement is executed, the holding deposit will be applied to the required security deposit.

- Keys will be furnished only after the lease agreement has been executed and all monies due are paid in full.

- If the application is not approved, the holding deposit (if applicable) will be refunded to the applicant.

If the application is approved, and is subsequently Withdrawn by the applicant, holding deposits and/or fees or portions thereof, will be used to compensate the Landlord's agent for loss of rents due the removal of the unit from the list of the units available for rent.

### (To be completed on one Application per Apt. only)

In consideration of management holding the apartment for me, I agree to pay a holding deposit of <u>$150.00</u> and a nonrefundable fee for administrative processing of <u>$30.00</u>. The holding deposit is refundable if my Application is not approved (14 day delay required for bank clearance of check). If my Application is approved, the holding deposit is credited to the required move-in costs. I may cancel this agreement and be refunded my holding deposit by notifying you of my decision to cancel within 48 hours. Cancellation after this time will result in forfeiture of my holding deposit. I must pay rent on or before my "rent start date" or my holding deposit will be forfeited and the apartment rented. I understand that Management and Management's employees are agents of and represent the owner.

## RENTAL AGREEMENT INFORMATION

Apartment # _233_ Type _1/1_ Length of Term _13 mos_ Start/End Date _12-22-09 / 1-31-11_

**Monthly Rental Charges**

| | | | |
|---|---|---|---|
| Rent | $ _5600.00_ | Non-Refundable Prep Fee | $ _100.00_ |
| Other _Nsf_ | $ _30.00_ | Non-Refundable Pet Fee | $ _0_ |
| Tax | $ _5.00_ | Pet Deposit | $ _0_ |
| Total Monthly Rent | $ _505.00_ | Key Deposit | $ _0_ |
| Rental Concessions at Move-In | $ _—_ | Security Deposit | $ _100.00_ |
| First Months Rent | $ _130.05_ | Rent Due at Move-in | $ _182.46_ |
| 1% coup | $ _1.81_ | Less Holding Deposit | $ _100.00_ |
| | | **Total Due at Move-In** | $ _282.46_ |

I hereby authorize Las Brisas Apartments to obtain a consumer report, and any other information it deems necessary, for the purpose of evaluating my application. I understand such information may include, but is not limited to, credit history, civil and criminal information, records of arrest, rental history, employment/salary details, vehicle records, licensing records, and/or any other necessary information. I hereby expressly release Las Brisas Apartments, and any procurer or furnisher of information, from any liability what-so-ever in the use, procurement, or furnishing of such information, and understand that my application information may be provided to various local, state and/or federal government agencies, including without limitation, various law enforcement agencies. Applicant acknowledges that false information herein may constitute grounds for rejection of this application and may constitute a criminal offense under Arizona Statues.

APPLICANT SIGNATURE: _Mir Nematullah Sadat_    DATE: _12/21/2009_

APPLICANT SIGNATURE: _____    DATE: _____

MANAGEMENT RECEIVED: _Sheryl Tacn-Ham_    DATE: _12-22-2009_



**Contemporary I⁣ rmation Corp.**

42913 Capital Dr., Unit 101, Lancaster CA 93535
Phone: 800-288-4757 Fax: 800-677-8494

| | | |
|---|---|---|
| **TRT Prop. Mgt. Svcs.** | | Report Number: **829820** |
| Bureaus: | **Experian** | Date Requested: **12/22/2009** |
| | | Rent Amt: **560** |
| | | Reference: |

## INFORMATION REPORTED BY APPLICANT

Report On: **Sadat, Mirnematullah**
Address: **11438 Elmstone Court, San Diego, CA 92131**
SSN#: **590-26-XXXX**
DOB: **01-08-1979**

## INFORMATION REPORTED BY EXPERIAN

| Applicant Name: | **SADAT, MIR NEMATULLAH** | | DOB: 01-08-1979 |
|---|---|---|---|
| Current Address: | PO BOX 250791 | NEW YORK, NY 10025 | RPTD: 10-06-2009 |
| Previous Address: | PO BOX 750291 | NEW YORK, NY 10025 | RPTD: 09-04-2009 |
| Previous Address: | 4720 ROSEDALE AVE APT 405 | BETHESDA, MD 20814 | RPTD: 08-05-2009 |
| Employer: | INTEL COMM ENGINEERING | | RPTD: 12-21-2009 |
| Employer: | APPLE ONE | | RPTD: 05-17-2007 |

### CrosXscore

**CONDITIONAL**

**Warning Level High**
**Charge Off to Bad Debt**

The application should be carefully REVIEWED and VERIFIED before making final determination.

## FILE IDENTIFICATION AND FRAUD SEARCH

Source Provided By: **Experian**

**0084 SSN MATCHES**
Experian Reports On File Since: **NOT REPORTED**
SSN Match: **OK OR SIMILAR**

SSN-First Possible Year: 1983
SSN-Last Possible Year: 1985
Since 09-01-2009 there have been 0 Social Security inquiries
Since 09-01-2009 there have been 0 Address inquiries

INQUIRY ADDRESS MESSAGE: ENGINEERING-MANAGEMENT SERVICE ON FACS+
FILE/STRATEGIC CONSULTING GROUP/11438 ELMSTONE CT/SAN DIEGO CA 92131

0084 SSN MATCHES

## EVICTION SEARCH RESULTS

---- WESTERN REPOSITORY EVICTION SEARCH RESULTS ----

NO EVICTIONS FOUND.

---- NATIONAL REPOSITORY EVICTION SEARCH RESULTS ----

NO EVICTIONS FOUND.

## National Scan of Best Available Criminal & Sex Offender Databases

### Nationwide Scan

No Criminal Activity and Sex Offender Hits Found in U.S. with Available Databases.

### California Criminal Scan

No direct matches were found using this name and date of birth.  There were **N/A** found which match the name only.  Please call if you need more information.

### OFAC-Specially Designated Natl's & Blocked Persons (SDN)

Any OFAC (Office of Foreign Assets Control) results must be carefully reviewed. Check DOB and physical descriptors. If these match the applicant, contact OFAC's hotline at 800-540-6322 for verification.

No SDN were found during this automated search.
OFAC COUNT:0
SADAT, MIRNEMATULLAH
SADAT, MIR
SADAT, MIR
SADAT, MIR

### CHECK SCAN

Authorization Status:
RSP0002,APPROVAL RECOM

### 24 Month History Chart



11
10
9
8
7
6
5
4
3
2
1
0

12/07 01/08 02/08 03/08 04/08 05/08 06/08 07/08 08/08 09/08 10/08 11/08 12/08 01/09 02/09 03/09 04/09 05/09 06/09 07/09 08/09 09/09 10/09 11/09

### CREDIT SUMMARY AND ACCOUNT DETAILS

Total Number of Tradelines:**34**
Number of Positive Tradelines:**27**
Number of Negative Tradelines:**6**
Number of Open Accounts:**11**

Number of late payments/Last 24 Mos:**1**
Total Estimated Monthly Debts:**1261**
Total Past Due:**501**
Available Credit (%):**43.0%**

IMPORTANT NOTICE: There are 3 tradelines that the payment amount(s) were not provided by the respective credit bureau. Total unpaid balance for these unaccounted items is $47869. The above information may be inadequate to determine ones credit worth.

No. of Collection Accts reported:  **0**          Bal. of Outstanding Collection Accts:  **0**

Warning. Careful consideration must be used when combining the outstanding collection amount with the total debts. This figure in whole or part may already be calculated from a original credit tradeline listed below.

### CREDIT HISTORY

```
Creditor                    Date   Date   Acct  High  Approx          MOS xPastDue      Amount
Account Number             Reptd  Ope'   Status Credit Balance Terms  REV +60+90 E PstDue  DLA
ACS/COLLEGE LOAN CORP   |11-2009|09-2. |I-1 | 26810| 26573|  156|99|  0  0|I|          |12-2006
EXP   EDUCATION/PAYS AS AGREED/STUDENT LOAN PAYMENT DEFERRED./PRINCIPAL DEFERRED/INTEREST
PAYMENT ONLY


ACS/SLC HIGHER ED LNS   |04-2008|09-2006|I-1 | 26810| 26573|  155|21| 0 0 0|I|         |12-2006
EXP   EDUCATION/PAYS AS AGREED/STUDENT LOAN PAYMENT DEFERRED./PRINCIPAL DEFERRED/INTEREST
PAYMENT ONLY


AMEX                    |11-2006|12-1998|R-9 |  6673|      |    |09| 0 0 0|I|      |
EXP   CREDIT CARD/BNKRPTCY CHAP 7,11 OR12/CREDIT LINE CLOSED - GRANTOR'S REQUEST - REPORTED
BY SUBSCRIBER.
Collateral: BANKRUPTCY CHAPTER 7
AMEX                    |08-2002|02-1998|R-1 |  2595|      |    |01| 0 0 0|I|      |
EXP   CREDIT CARD/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED
BY SUBSCRIBER.

AMEX                    |11-2001|02-1998|R-1 |  3206|      |    |01| 0 0 0|I|      |
EXP   CREDIT CARD/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED
BY SUBSCRIBER.

BANK OF AMERICA         |11-2006|08-2005|R-9 |  9670|      |    |16| 0 0 0|I|      |07-2006
EXP   CREDIT CARD/BNKRPTCY CHAP 7,11 OR12
Collateral: BANKRUPTCY CHAPTER 7
CAP ONE                 |12-2009|11-2007|R- |      |     O|    |  | 0 0 0|I|      |
EXP   CREDIT CARD/NO STATUS./ACCOUNT IN DISPUTE - REPORTED BY SUBSCRIBER.

CBC/AES/NCT             |11-2009|12-2005|I-4 | 26737| 36355|  125|49| 4 2 5|M|   501|
EXP   EDUCATION/ACNT WAS 120 DAY PAST

CBNA                    |04-2009|12-2004|R-1 |      |      |    |05| 0 0 0|T|      |
EXP   CHECKING/CREDIT CARD/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - GRANTOR'S REQUEST -
REPORTED BY SUBSCRIBER.

CCS/FIRST NATIONAL BAN  |12-2008|12-2007|R-1 |   339|      |    |12| 0 0 0|I|      |06-2008
EXP   CREDIT CARD/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED
BY SUBSCRIBER.

CHASE                   |11-2006|08-2005|R-9 | 27729|      |    |15| 1 0 0|I|      |06-2006
EXP   CREDIT CARD/BNKRPTCY CHAP 7,11 OR12/ACCOUNT PREVIOUSLY IN DISPUTE - NOW RESOLVED -
REPORTED BY SUBSCRIBER.
Collateral: BANKRUPTCY CHAPTER 7
CHASE                   |11-2006|10-2005|R-9 |  7498|      |    |14| 0 0 0|I|      |06-2006
EXP   CREDIT CARD/BNKRPTCY CHAP 7,11 OR12/ACCOUNT PREVIOUSLY IN DISPUTE - NOW RESOLVED -
REPORTED BY SUBSCRIBER.
Collateral: BANKRUPTCY CHAPTER 7
CHASE                   |02-2006|09-2005|R-1 |      |      |    |05| 0 0 0|I|      |
EXP   CREDIT CARD/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED
BY SUBSCRIBER.

CITI                    |06-2001|02-1998|R-1 |      |      |    |40| 0 0 0|I|      |02-2001
EXP   CREDIT CARD/PAYS AS AGREED/CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY
SUBSCRIBER.

CITI                    |05-2001|04-1999|R-1 |   769|      |    |28| 0 0 0|I|      |
EXP   CREDIT CARD/PAYS AS AGREED/CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED BY
SUBSCRIBER.

CITI                    |05-2000|03-1999|R-1 |   150|      |    |15| 0 0 0|I|      |
EXP   CREDIT CARD/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED
BY SUBSCRIBER.

CITIBANK N A            |11-2009|09-2009|I-1 |  8500|  4250|    |03| 0 0 0|I|      |
EXP   EDUCATION/PAYS AS AGREED/STUDENT LOAN PAYMENT DEFERRED.

CITIBANK N A            |11-2009|09-2009|I-1 | 12000|  6090|    |03| 0 0 0|I|      |
EXP   EDUCATION/PAYS AS AGREED/STUDENT LOAN PAYMENT DEFERRED.

DISCOVER FIN SVCS LLC   |11-2006|05-2005|R-9 |  8333|      |    |  | 0 0 0|I|      |06-2006
EXP   CREDIT CARD/BNKRPTCY CHAP 7,11 OR12/ACCOUNT IN DISPUTE - REPORTED BY
SUBSCRIBER./CUSTOMER DISPUTED ACCOUNT/REPORTED BY SUBSCRIBER
Collateral: BANKRUPTCY CHAPTER 7
EDDIE BAUER             |10-2001|03-2000|R-1 |   180|      |    |19| 0 0 0|I|      |
EXP   CHARGE ACCOUNT/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - CONSUMER'S REQUEST -
```

REPORTED BY SUBSCRIBER.

```
FIRST USA BANK       |02-2002|10-  -|R-1 |   5211|       |   |28|  0  0|I|         |
EXP   CREDIT CARD/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED
BY SUBSCRIBER.

FIRST USA BANK       |11-2000|10-1999|R-1 |   5132|       |   |13|  0  0|I|         |
EXP   CREDIT CARD/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED
BY SUBSCRIBER.

GCO-ELF/GLELSI       |10-2006|09-2005|I-1 |  24583|       |   |12|  0  0|I|        |09-2006
EXP   EDUCATION/ACNT PD SATISFACTORILY

GEMB/CHEVRON         |04-2008|02-1998|R-1 |       |       |   |01|  0  0|I|         |
EXP   CHARGE ACCOUNT/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - CONSUMER'S REQUEST -
REPORTED BY SUBSCRIBER.

HSBC BANK            |06-2006|03-2006|R-1 |    370|       |   |04|  0  0|I|        |04-2006
EXP   CREDIT CARD/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED
BY SUBSCRIBER.

HSBC BANK            |11-2009|12-2007|R-1 |    365|    293|  15|24|  0  0|I|        |10-2009
EXP   CREDIT CARD/PAYS AS AGREED/ACCOUNT IN DISPUTE - REPORTED BY SUBSCRIBER./CUSTOMER
DISPUTED ACCOUNT/REPORTED BY SUBSCRIBER

HSBC BANK            |11-2009|12-2007|R-1 |    369|    204|  15|24|  0  0|I|        |10-2009
EXP   CREDIT CARD/PAYS AS AGREED/ACCOUNT IN DISPUTE - REPORTED BY SUBSCRIBER./CUSTOMER
DISPUTED ACCOUNT/REPORTED BY SUBSCRIBER

SALLIE MAE           |11-2009|09-2005|I-1 |  20690|  26212| 235|34|  0  0|I|         |
EXP   EDUCATION/PAYS AS AGREED/STUDENT LOAN PAYMENT DEFERRED.

SEARS/CBSD           |04-2002|02-1998|R-1 |   1419|       |   |50|  0  0|I|         |
EXP   CHARGE ACCOUNT/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - CONSUMER'S REQUEST -
REPORTED BY SUBSCRIBER.

SHELL/CITI           |10-2001|10-2000|R-1 |    138|      O|   |13|  0  0|I|         |
EXP   CREDIT CARD/PAYS AS AGREED

TOYOTA MOTOR CREDIT CO |06-2002|06-1999|I-1 |   7202|      O|   |35|  0  0|I|         |
EXP   AUTO LEASE/PAYS AS AGREED/SUBSCRIBER REPORTS DISPUTE RESOLVED - CONSUMER DISAGREES.

US DEPT OF EDUCATION  |10-2005|11-2003|I-1 |  19830|       |   |01|  0  0|I|         |
EXP   EDUCATION/PAID ACCOUNT ZERO BAL

US DEPT OF EDUCATION  |11-2009|09-2008|I-1 |  37529|  37529|   |13|  0  0|I|         |
EXP   EDUCATION/PAYS AS AGREED/STUDENT LOAN PAYMENT DEFERRED.

WELLS FARGO BANK     |05-2003|04-1997|R-1 |   1597|       |   |75|  0  0|I|         |
EXP   CREDIT CARD/ACNT PD SATISFACTORILY/CREDIT LINE CLOSED - CONSUMER'S REQUEST - REPORTED
BY SUBSCRIBER.
```

## Account Type

R=Revolving
O=Open Account (30, 60 or 90 Days)
I=Installment Account
M=Mortgage

Examples:

M-1 = Mortgage, Paid as Agreed
I-9 = Installment, Charged Off

## Status Codes & Description

| Code | Description |
|------|-------------|
| 0 | Too New to Rate; Approved But Not Used |
| 1 | Paid as Agreed; Satisfactory, Current |
| 2 | Pays 31-60 Days; Not More Than 2 Payments Past Due |
| 3 | Pays 61-90 Days; Not More Than 3 Payments Past Due |
| 4 | Pays 91-120 Days; Not More than 5 Payments Past Due |
| 5 | Pays over 120 Days; Not More Than 5 Payments or More Past Due |
| 7 | Making Reg Payments or Paid Under Wage Earner Plan or Similar Agreement |
| 8 | Repossession |
| 9 | Charged Off To Bad Debt |

## ACCOUNTS PLACED FOR COLLECTION

Number of Collection Accounts: 0

## PUBLIC RECORDS REPORTED by BUREAUS

Number of Public Records: 1

| Filed Action --- Subject 1 --- | Activity Plaintiff | Court Docket/Bookpage | Assets Liabil |
|---|---|---|---|
| 08-25-2006 11-28-2006 | Bankruptcy Chapter 7 discharged | US BKPT CT CA SAN DIEG A7140602370JWM | |

## SCORE and RISK MODEL from BUREAUS

Experian Nat'l Risk Score (0-1000) & Equifax Delinquency Alert System (0-1200) are lower score better risk; Fair Isaac/FICO & Equifax Beacon 300-800s) are higher score better risk.

Score Type: National Risk Score          EXP Score: 379+
04  Number of credit inquiries
08  Presence of non-satisfactory ratings on accounts or lack of open accounts
18  Number of recent delinquencies
37  Presence of non-satisfactory ratings on accounts or lack of open accounts

Score Type: Fair Isaac Model II          EXP Score: 575+
38  Serious Delinquency and Public Record or Collcection Filed
13  Length of time (or unknown time) since account delinquent
02  Delinquency reported on accounts
16  Insufficient or lack of revolving account information

## PRIOR INQUIRIES

| Creditor | Inquiry Type | Date | ECOA | SRC |
|---|---|---|---|---|
| BMW TUCSON | UNSECURED | 12-22-2009 | | EXP |
| BANK OF AMERICA | UNKNOWN/CREDIT EXT. | 12-21-2009 | | EXP |
| WACHOVIA DEALER SVCS I | UNKNOWN/CREDIT EXT. | 12-21-2009 | | EXP |
| CITI AUTO | UNKNOWN/CREDIT EXT. | 12-19-2009 | | EXP |
| NCCINC/LAWLEY TEAM FOR | AUTO | 12-19-2009 | | EXP |
| CHASE | UNKNOWN/CREDIT EXT. | 12-19-2009 | | EXP |
| MACYS/DSNB | UNKNOWN/CREDIT EXT. | 05-26-2008 | | EXP |
| FIRST USA,NA | UNKNOWN/CREDIT EXT. | 04-13-2008 | | EXP |

Number of Inquires in the last 720 days: 8

## SOURCE INFORMATION

| Account # | Creditor | Phone | Address |
|---|---|---|---|
| AMEX | 1229200 | 305 4733361 | P O BOX 7871, FORT LAUDERDALE, FL 33329 |
| AMEX | 1229200 | 305 4733361 | P O BOX 7871, FORT LAUDERDALE, FL 33329 |
| AMEX | 1229200 | 305 4733361 | P O BOX 7871, FORT LAUDERDALE, FL 33329 |
| MBNA AMERICA BANK NA | 1230206 | BYM AILONLY | 400 CHRISTIANA ROAD, NEWARK, DE 19713 |
| CAPITAL ONE BANK | 1270246 | BYM AILONLY | PO BOX 26030, RICHMOND, VA 23260 |
| AFS/NCT | 8997791 | 800 2330577 | 1200 N 7TH ST, HARRISBURG, PA 17102 |
| CITIBANK FED SAVINGS | 3828240 | 800 2489696 | 180 GRAND AVE, OAKLAND, CA 94612 |
| FIRST NATIONAL CREDI | 1211670 | 888 3278793 | PO BOX 3038, EVANSVILLE, IN 47730 |
| BANKONE NA | 3182310 | 302 2823582 | 201 N WALNUT ST, WILMINGTON, DE 19801 |
| BANKONE NA | 3182310 | 302 2823582 | 201 N WALNUT ST, WILMINGTON, DE 19801 |
| BANKONE NA | 3182310 | 302 2823582 | 201 N WALNUT ST, WILMINGTON, DE 19801 |
| CITIBANK VISA | 1260847 | BYM AILONLY | PO BOX 6500, SIOUX FALLS, SD 57117 |
| ANBCC | 3278165 | BYM AILONLY | 4550 NEW LINDEN HILL ROA, WILMINGTON, DE 19808 |
| ANBCC | 3278165 | BYM AILONLY | 4550 NEW LINDEN HILL ROA, WILMINGTON, DE 19808 |
| CITIBANK | 1121750 | 800 9677900 | PO BOX 22828, ROCHESTER, NY 14692 |
| CITIBANK | 1121750 | 800 9677900 | PO BOX 22828, ROCHESTER, NY 14692 |
| DISCOVER FINANCIAL S | 3276502 | BYM AILONLY | P O BOX 15316, WILMINGTON, DE 19850 |
| FCNB/EDDIE BAUER | 3321490 | 503 5208200 | 9300 SW GEMINI DR, BEAVERTON, OR 97008 |
| FIRST USA BANK | 1219570 | 800 9558010 | 2500 WESTFIELD RD, ELGIN, IL 60123 |
| FIRST USA BANK | 1219580 | 800 9558010 | 2500 WESTFIELD RD, ELGIN, IL 60123 |
| GE MONEY BANK/CHEVRO | 1023700 | 866 5971513 | 4125 WINDWARD PLZ, ALPHARETTA, GA 30005 |
| HHLD BANK | 3240877 | BYM AILONLY | PO BOX 98706, LAS VEGAS, NV 89193 |
| HHLD BANK | 3200714 | | PO BOX 98706, LAS VEGAS, NV 89193 |
| HHLD BANK | 3240881 | BYM AILONLY | PO BOX 98706, LAS VEGAS, NV 89193 |

```
SALLIE MAE 3RD PTY 1323190    BYM    3352462    3355550 AVENUE, HAMADSCITY, MD 32482
SEARS                1323190    BYM    AILONLY    13200 SMITH RD, CLEVELAND, C   44130
SHELL/CITI           1232910    BYM    AILONLY    PO BOX 15687, WILMINGTON, D    9850
TOYOTA MOTOR CREDIT  3598037    949 2617744   2 EXECUTIVE CIR STE 100, IRVINE, CA 92614
US DEPT OF EDUCATION 1993260    BYM AILONLY    501 BLEECKER ST, UTICA, NY 13501
US DEPT OF EDUCATION 1993260    BYM AILONLY    501 BLEECKER ST, UTICA, NY 13501
WELLS FARGO BANK     3270007    BYM AILONLY    P O BOX 29476, PHOENIX, AZ 85038
```

## BUREAU CONTACT INFORMATION

Experian Information
701 Experian Parkway, P.O. Box 2002
Allen, TX 75013
Phone: 1-888-397-3742   www.experian.com/reportaccess

## END OF REPORT

This report is confidential and is not to be disclosed except for persons who have legitimate purposes as defined in the Fair Credit Reporting Act and other applicable Federal and State regulations. Neither CIC, nor its sources or distributors warrant such information nor shall they be liable for your use or reliance upon it.

272.511

August 24, 2011

Stuart Allan & Associates
5447 E 5th Street, Suite 110
Tucson, AZ 85711-2345

Dear Debt Collector:

Pursuant to my rights under federal debt collection laws, I am requesting that you cease and
desist communication with me, as well as my family and friends, in relation to this and all other
alleged debts you claim I owe.

You have tried contacting me at work and also my cell phone. I am requesting that you
immediately stop calling my place of work, my home, my cell phone, and stop sending me
letters.

Please consider these four attempts to notify you of my request as bona fide attempts to inform
you about my request.

You are hereby notified that if you do not comply with this request, I will immediately file a
complaint with the Federal Trade Commission and the New York Attorney General's office.
Civil and criminal claims will be pursued.

Sincerely,

Nemat Sadat
PO Box 250791
New York, NY 10025

| AUD Correction Indicator: | Update ☐ | Delete ☒ | Delete due to fraud ☐ | | |
|---|---|---|---|---|---|

| Subscriber Name: | Stuart-Lippman and Associates | | | Equifax SC: | 195YC00089 |
|---|---|---|---|---|---|
| Subscriber Address: | 5447 East 5th Street #110,Tucson,AZ,85711 | | | Experian SC: | 8980214 |
| | | | | Innovis SC: | |
| | | | | TU SC: | 1DWD001 |

## Consumer Information

| Last Name | First Name | | Middle Name | | Gen. | SSN | | DOB |
|---|---|---|---|---|---|---|---|---|
| SADAT | MIR | | NEMATULLAH | | | 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 | | 01-08-1978 |
| Current Address | | | City | | | State | Zip+4 | |
| PO BOX 250791 | | | NEW YORK | | | NY | 10025 | |
| Previous Last Name | | Previous First Name | | Previous Middle Name | | | | Previous Gen. |
| | | | | | | | | |
| Previous Address | | | City | | | State | Zip+4 | |
| | | | | | | | | |
| Consumer Information Indicator: | | ECOA: 1 | | | Phone: | | | |

## Employment Information

| Employer Name: | | | | Occupation: | | | | |
|---|---|---|---|---|---|---|---|---|
| Current Address | | | City | | | State | Zip+4 | |

## Associated Consumer Information

| Last Name | First Name | | Middle Name | | Gen. | SSN | | DOB |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Current Address | | | City | | | State | Zip+4 | |
| | | | | | | | | |
| Consumer Information Indicator: | | ECOA: | | | Phone: | | | |
| Last Name | First Name | | Middle Name | | Gen. | SSN | | DOB |
| | | | | | | | | |
| Current Address | | | City | | | State | Zip+4 | |
| | | | | | | | | |
| Consumer Information Indicator: | | ECOA: | | | Phone: | | | |

## Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| 03121060002725111 | 03-11-2011 | $0 | $0 | O | | | | | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | DA | | 48 | | 03-15-2016 | 03-12-2010 | |

| Original Creditor Name | | Creditor Classification | Mortgage Agency Identifier | | Sec. Marketing Agency Id Account # | | Specialized Payment Indicator | |
|---|---|---|---|---|---|---|---|---|
| LAS BRISAS | | 01 | | | | | | |
| Purchased Portfolio or Sold Name | | Portfolio Indicator | Deferred Payment Start Date | | Balloon Payment Due Date | | Balloon Payment Amount | |
| | | | | | | | | |

| Mortgage Id # | | | AUD Control # | 78728339 |
|---|---|---|---|---|

## Account History

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |

Submitted By: BARBARA MEYER    Tel#: (520) 881-5900    Date: 03-15-2016

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.