# EXHIBIT B

**Superior Court of the District of Columbia**
**Civil Division**
**Small Claims and Conciliation Branch**

---

**Mir Nematullah Sadat,**

      **Plaintiffs,**

**v.**

**Stuart Allan & Associates**
      **Defendants.**

<u>**NOTICE OF FILING**</u>
<u>**NOTICE OF REMOVAL**</u>

**Case No. 2016 SC 24466**

---

PLEASE TAKE NOTICE that Defendant, Stuart Allan & Associates ("SAA"), has filed a Notice of Removal of this action with the United States District Court, District of Columbia. A copy of the notice is attached hereto as **Exhibit 1**.

The removal of this action was authorized by 28 U.S.C. § 1446. The State/DC Superior Court is now precluded from conducting any further proceedings unless and until the action is remanded from the United States District Court, District of Columbia.

Dated: October 26, 2016

Respectfully Submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
SESSIONS FISHMAN NATHAN & ISRAEL, LLC
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
E-Mail: aeasley@sessions.legal
*Attorney for Defendants,*
*Stuart Allan & Associates*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2016 a copy of the foregoing was served by FedEx upon the Clerk of the Court and upon the parties at the below addresses:

Superior Court of the District of Columbia
Civil Division
Small Claims Clerk's Office
510 4th Street, NW
Building B, Room 120
Washington, DC 20001

Mir Nematullah Sadat, Pro Se Plaintiff
19001 Connecticut Avenue NW # 223
Washington, DC 20009
Telephone: (646) 689-4163

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
