UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MIR NEMATULLAH SADAT**, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 16-cv-2146 (TSC) |
| | ) ) | |
| **STUART ALLAN & ASSOCIATES** *Now Known As* STUART-LIPPMAN & ASSOCIATES, INC., | ) ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER OF REMAND

For the reasons set forth in the accompanying Memorandum Opinion, this action is hereby remanded to the District of Columbia Superior Court, pursuant to 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

The Clerk of the Court shall mail a copy of this order to:

> **MIR NEMATULLAH SADAT**
> 1901 Connecticut Ave. NW
> #223
> Washington, DC 20009

Date:  October 31, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge